No. 73–919. BUXTON *v.* FUGAZI. C. A. 9th Cir. Certiorari denied.

No. 73–920. KERNS *v.* JORDON ET AL. C. A. 6th Cir. Certiorari denied.

No. 73–921. GROSSMAN *v.* STATE BAR GRIEVANCE BOARD. Sup. Ct. Mich. Certiorari denied.

No. 73–946. GROSSMAN *v.* STATE BAR GRIEVANCE BOARD. Sup. Ct. Mich. Certiorari denied.

No. 73–923. SOLO CUP CO. *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA (ILLINOIS TOOL WORKS, INC., REAL PARTY IN INTEREST). C. A. 9th Cir. Certiorari denied.

No. 73–932. SKEEN *v.* VALLEY BANK OF NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 73–942. O'NEILL ET AL. *v.* CRAIG. Ct. Civ. App. Tex., 13th Sup. Jud. Dist. Certiorari denied.

No. 73–945. JONES ET AL. *v.* GAINES. C. A. 8th Cir. Certiorari denied.

No. 73–947. DESALVO *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 73–950. MEGEL ET UX. *v.* CITY OF PAPILLION ET AL. Sup. Ct. Neb. Certiorari denied.

No. 73–954. STANDARD OIL COMPANY OF CALIFORNIA ET AL. *v.* ALASKA ET AL. C. A. 9th Cir. Certiorari denied.